UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>ROHINI KUMAR, ASHIKA DEVI, NISEETA DEVI, VINITA DAYAL (F/K/A VINITA DEVI), AND ASISH KUMAR,<br><br>            Defendants. | No.  2:17-CV-00448-JAM-AC<br><br>**ORDER GRANTING THE JOINT MOTION FOR DEPOSIT AND DISMISSAL** |

Upon Joint Motion to Interplead and Dismiss Plaintiff with Prejudice, Plaintiff New York Life Insurance Company (the "Company") through its undersigned counsel, and Defendants Ashika Devi, Niseeta Devi, and Asish Kumar have requested an Order: (1) directing the Company to deposit with the Clerk of this Court a sum in the amount of $100,000.00 (the "Death Benefit") payable as a result of the death of the Insured in connection with individual life insurance policy number 23 822 959 (the "Policy") which was issued by the Company and covered the life of Ashok Kumar (the "Insured"), plus applicable accrued interest, if any; (2) discharging the Company and its former parents, subsidiaries and affiliated corporations, predecessors, successors and assigns

1

1 and their respective officers, directors, agents, employees, and
2 representatives of all liability, and dismissing with prejudice
3 all claims against the Company relating to the Policy and/or the
4 Death Benefit; and (3) dismissing the Company from this action,
5 with prejudice, and without further costs to any party following
6 deposit of the Death Benefit.[1]  The Court having considered the
7 application of the Parties, and for good cause having been shown;
8     **IT IS ORDERED** as follows:
9     1.  Within 21 days of the signing of this Order by the
10 Court, the Company shall distribute to the Clerk of this Court a
11 check(s) in the amount of $100,000.00 representing the Death
12 Benefit payable under the Policy, plus applicable accrued
13 interest, if any, (collectively, the "Interplead Funds");
14     2.  That the Clerk of this Court shall deposit the
15 Interplead Funds into an interest-bearing account and maintain
16 the same pending further orders of the Court;
17     3.  That upon deposit of the Interplead Funds with the
18 Court, the Company and its former parents, subsidiaries and
19 affiliated corporations, predecessors, successors and assigns and
20 their respective officers, directors, agents, employees, and
21 representatives shall be, and hereby are, discharged from any and
22 all liability to the Defendants relating to the Policy, the Death
23 Benefit and/or the Interplead Funds, and for the Defendants to
24 be, and hereby are, permanently enjoined from making any further
25 actual or implied claims, demands and causes of action, asserted

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g).  The hearing was scheduled for December 4, 2018.

2

or unasserted, express or implied, foreseen or unforeseen, real or imaginary, suspected or unsuspected, known or unknown, liquidated or unliquidated, of any kind or nature or description whatsoever, that the Defendants, jointly and severally, ever had, presently have, may have, or claim or assert to have, or hereinafter have, may have, or claim or assert to have, against the Company and its former parents, subsidiaries and affiliated corporations, predecessors, successors and assigns and their respective officers, directors, agents, employees, and representatives with respect to the Policy, the Death Benefit and/or the Interplead Funds;

4. That the Company shall be, and hereby is, dismissed from the above-captioned action with prejudice, and that any and all claims against the Company relating to the Policy, the Death Benefit, and/or the Interplead Funds be, and the same hereby are, dismissed with prejudice and without further costs to any party; and

5. That this Court shall retain jurisdiction over the Company for the purpose of receiving updates from the Company every sixty (60) days on the status of the criminal proceeding involving Defendant Rohini Kumar.

This ORDER shall be deemed a final judgment in accordance with Fed. R. Civ. P. 54(b), there being no just reason for delay.

IT IS SO ORDERED.

Dated: November 28, 2018

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE